TDCJ Offender Details

*83,675-01*

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 04396304 |
| **TDCJ Number:** | 01995131 |
| **Name:** | KINGHAM,GLENN LLOYD |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1970-10-20 |
| **Maximum Sentence Date:** | 2023-02-08 |
| **Current Facility:** | LOPEZ |
| **Projected Release Date:** | 2018-10-20 |
| **Parole Eligibility Date:** | 2016-01-12 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:** Offender is not scheduled for release at this time.

**Scheduled Release Type:** Will be determined when release date is scheduled.

**Scheduled Release Location:** Will be determined when release date is scheduled.

**Parole Review Information**

Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| | | | | | |